1   PHILLIP A. TALBERT
    United States Attorney
2   STEPHANIE M. STOKMAN
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:    (559) 497-4000
    Facsimile:    (559) 497-4099
5
    Attorneys for Plaintiff
6   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  1:23-CR-00083-JLT-SKO

                         Plaintiff,      STIPULATION REGARDING EXCLUDABLE
12                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
                    v.                   ORDER
13
    PHILLIP PULIDO,                      DATE: January 17, 2024
14                                       TIME: 1:00 p.m.
                         Defendants.     COURT: Hon. Sheila K. Oberto
15

16
                              **STIPULATION**
17
        Plaintiff United States of America, by and through its counsel of record, and defendants, by and
18
    through defendants' counsel of record, hereby stipulate as follows:
19
        1.      By previous order, this matter was set for status on January 17, 2024.
20
        2.      By this stipulation, defendant now moves to continue the status conference until March
21
    20, 2024, and to exclude time between January 17, 2024, and March 20, 2024, under 18 U.S.C.
22
    § 3161(h)(7)(A), B(iv) [Local Code T4].
23
        3.      The parties agree and stipulate, and request that the Court find the following:
24
        a)      The government has represented that the discovery associated with this case
25
    includes reports, photographs, and audio files. All of this discovery has been either produced
26
    directly to counsel and/or made available for inspection and copying.
27
        b)      Counsel for defendant desires additional time to further review discovery, discuss
28
    potential resolution with her client and the government, and investigate and prepare for trial.

    STIPULATION REGARDING EXCLUDABLE TIME              1
    PERIODS UNDER SPEEDY TRIAL ACT

1    c)    Counsel for defendant believes that failure to grant the above-requested

2    continuance would deny him/her the reasonable time necessary for effective preparation, taking

3    into account the exercise of due diligence.

4    d)    The government does not object to the continuance.

5    e)    Based on the above-stated findings, the ends of justice served by continuing the

6    case as requested outweigh the interest of the public and the defendant in a trial within the

7    original date prescribed by the Speedy Trial Act.

8    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9    et seq., within which trial must commence, the time period of January 17, 2024 to March 20,

10    2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

11    T4] because it results from a continuance granted by the Court at defendants' request on the basis

12    of the Court's finding that the ends of justice served by taking such action outweigh the best

13    interest of the public and the defendants in a speedy trial.

14    g)    The parties also agree that this continuance is necessary for several reasons,

15    including but not limited to, the need to permit time for the parties to exchange supplemental

16    discovery, engage in plea negotiations, and for the defense to continue its investigation and

17    preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

18    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

19    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20    must commence.

21    IT IS SO STIPULATED.

22

23    Dated:  January 9, 2024                                  PHILLIP A. TALBERT
                                                              United States Attorney

24

25                                                            /s/ STEPHANIE M. STOKMAN
                                                              STEPHANIE M. STOKMAN
                                                              Assistant United States Attorney
26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                         2
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  January 9, 2024

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
PHILLIP PULIDO

**ORDER**

IT IS SO ORDERED.

DATED:  1/11/2024

_Sheila K. Oberto_
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3