HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
PHILLIP PULIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP PULIDO,<br><br>Defendant. | Case No. 1:23-cr-00083-JLT-SKO<br><br>**ORDER re REQUEST FOR RULE 43 WAIVER OF APPEARANCE;** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Phillip Pulido, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

DATED: October 28, 2024        /s/ Phillip Pulido
                               PHILLIP PULIDO
                               Defendant
                               (Original on File)


DATED: October 28, 2024        /s/ Christina M. Corcoran
                               CHRISTINA M. CORCORAN
                               Assistant Federal Defender
                               Attorney for PHILLIP PULIDO


## O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated: __**October 28, 2024**__                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

Pulido: Rule 43 Waiver