HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PHILLIP PULIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP PULIDO,<br><br>Defendant. | Case No. 1:23-cr-00083-JLT-SKO<br><br>**STIPULATION TO VACATE TRIAL; ORDER**<br><br>Date: July 29, 2025<br>Time: 8:30 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the government and defendant now move to vacate the jury trial set for July 29, 2025 and set a further status conference on September 17, 2025, and to exclude time between July 28, 2025 and September 17, 2025 under Local Code T4.

2. The parties represent that negotiations have been impacted by recent shifts in relevant case law and request additional time for further plea negotiations.

3. Additionally, counsel for the defendant requires additional time for defense investigation implicating a key defense to the charge.

4. Based on the above-stated findings, the ends of justice served by continuing the

1   case as requested outweigh the interest of the public and the defendant in a trial within the
2   original date prescribed by the Speed Trial Act.
3       5.   For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §
4   3161, et seq., within which trial must commence, the time period of July 29, 2025 to September
5   17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B (iv) [Local
6   Code T4] because it results from a continuance granted by the Court at the parties' request on
7   the basis of the Court's finding that the ends of justice served by taking such action outweigh
8   the best interest of the public and the defendants in a speedy trial.
9       6.   The parties also agree that this continuance is necessary for several reasons,
10  including by not limited to the need to permit time for the parties to continue plea negotiations
11  and for the defense to finalize its investigation and preparation pursuant to 18 U.S.C. §§
12  3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: July 14, 2025

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 14, 2025

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
PHILLIP PULIDO

Pulido – Stipulation and Proposed Order to Vacate Trial

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the jury trial set for July 29, 2025 is vacated. The matter is set for a status conference on September 17, 2025 at 1:00pm before Judge Oberto in Courtroom 7.

IT IS SO ORDERED.

Dated: __July 14, 2025__                             _____
                                                                                  UNITED STATES DISTRICT JUDGE

Pulido – Stipulation and Proposed Order to Vacate Trial

3