1  ERIC GRANT
United States Attorney
2  ANTONIO J. PATACA
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for Plaintiff
6  United States of America

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00083-JLT-SKO
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER
| v. |
| PHILLIP PULIDO, |
| Defendants. |

17  **STIPULATION**

18  Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20  1.  By previous order, this matter was set for trial on June 2, 2026.

21  2.  By this stipulation, defendant now moves to continue the trial until June 23, 2026, and to

22  exclude time between June 2, 2026, and June 23, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local

23  Code T4].

24  3.  The parties agree and stipulate, and request that the Court find the following:

25   a)  The government has represented that the discovery associated with this case

26  includes reports, photographs, and audio files. All of this discovery has been either produced

27  directly to counsel and/or made available for inspection and copying.

28   b)  Counsel for defendant desires additional time to further review discovery, discuss

potential resolution with her client and the government, and investigate and prepare for trial.

        c)        The parties request a further status date due to the above factors.

        d)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)        The government does not object to the continuance.

        f)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 2, 2026 to June 23, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

        h)        The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 20, 2025                              ERIC GRANT
                                                                  United States Attorney

                                                                  /s/ ANTONIO J. PATACA
                                                                  ANTONIO J. PATACA
                                                                  Assistant United States Attorney

Dated: November 20, 2025

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
PHILLIP PULIDO

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **November 24, 2025**

_____
UNITED STATES DISTRICT JUDGE