HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PHILLIP JOE PULIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>PHILLIP JOE PULIDO,<br>Defendant. | Case Nos. 1:23-cr-00083-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brendan Daly, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Phillip Joe Pulido, that the Court may continue the sentencing hearing from October 19, 2026 to November 16, 2026.

The requested continuance is necessary for the defense to complete its investigation pertaining to sentencing. Counsel for the government and Probation have no objection to the requested change of date.

As this is a sentencing hearing, no exclusion of time is necessary.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: October 13, 2026

*/s/ Brendan Daly*___________
BRENDAN DALY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 13, 2026

*/s/ Christina M. Corcoran*___
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
PHILLIP JOE PULIDO

**ORDER**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for October 19, 2026 to November 16, 2026.

IT IS SO ORDERED.

Dated: _October 14, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE